AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## Southern District of New York

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| PEDRO RODRIGUEZ | Case No.: 1: S3 01 CR 00441-007 (HB) |
| | USM No.: 50202-054 |
| | JASON FOY |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)    1    of the term of supervision.

☐  was found in violation of condition(s)        after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | THE RELEASEE FAILED TO ABIDE BY COURT ORDERED TREATMENT, IN THAT HE LEFT THE RESIDENTIAL DRUG TREATMENT FACILITY WITHOUT THE PERMISSION OF HIS UNITED STATES PROBATION OFFICER. | 09/07/2009 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X  The defendant has not violated condition(s)   2   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: XXXX

Defendant's Year of Birth: 1975

City and State of Defendant's Residence:
UNDOMICILED

JANUARY 15, 2010
Date of Imposition of Judgment

*/s/ Harold Baer Jr.*
Signature of Judge

HAROLD BAER, JR., UNITED STATES DISTRICT
Name and Title of Judge

JANUARY 15, 2010
Date

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/10

AO 245D     (Rev. 12/07) Judgment in a Criminal Case for Revocations
             Sheet 2— Imprisonment

Judgment — Page   2   of   2

DEFENDANT:    PEDRO RODRIGUEZ
CASE NUMBER:    1: S3 01 CR 00441-007 (HB)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :    13 MONTHS.

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

     ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

     ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐   before 2 p.m. on _____ .

     ☐   as notified by the United States Marshal.

     ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL